| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| | United States Attorney |
| 2 | |
| | BRIAN J. STRETCH (CSBN 163973) |
| 3 | Chief, Criminal Division |
| 4 | RICHARD C. CHENG (CSBN 135992) |
| | Assistant United States Attorney |
| 5 | |
| | 150 Almaden Boulevard, 9th Floor |
| 6 | San Jose, California 95113 |
| | Telephone: (408) 535-5032 |
| 7 | Fax: (408) 535-5066 |
| | e-mail: richard.cheng@usdoj.gov |
| 8 | |
| | Attorneys for Plaintiff |

*E-FILED - 5/6/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. CR 09 00467-RMW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION OF PARTIES |
| | ) | FOR ENTRY OF PLEA BEFORE |
| v. | ) | HON. JUDGE WARE |
| | ) | |
| LEE HOWARD SCOTT, | ) | Date: Monday, May 11, 2009 |
| | ) | Time: 1:30 p.m. |
| Defendant. | ) | |
| | ) | San Jose Venue |

With the agreement of the parties, and with the consent of the defendant Lee Howard Scott ("Scott"), the Court enters this order setting the disposition and entry of plea before Judge Ware on Monday, Mary 11, 2009 at 1:30 p.m. The parties agree, and the Court finds and holds, as follows:

    1.    LEE HOWARD SCOTT will waive indictment and consent to be arraigned on the morning of May 11, 2009 before the Duty Magistrate in San Jose, California. Because this Court will be unavailable to accept the entry of the defendant's guilty plea on May 11 through May 13, 2009, the parties request and stipulate to the entry of plea to occur before the Honorable Judge Ware on the afternoon of May 11,

1 | 2009. The defendant will be entering a guilty plea to the information charging him with a violation of 42 U.S.C. § 408(a0(7)(B) - Social Security Fraud.

2. The parties understand and agree that the sentencing hearing will be set in the ordinary course, and will be heard by the Honorable Judge Whyte.

3. This request is made to accommodate the schedules of the defendant and counsel for the defendant who will be traveling from Washington, D.C.

4. Counsel for the defendant, Ahmad Nassar, Esq., and Assistant U.S. Attorney Richard Cheng have agreed to jointly stipulate to the entry of plea to take place before Judge Ware on May 11, 2009 at 1:30 p.m., and recommends that date and time to this Court for the entry of plea.

SO STIPULATED.                              JOSEPH P. RUSSONIELLO
                                            United States Attorney

DATED: _____                           _____
                                            RICHARD C. CHENG
                                            Assistant U.S. Attorney

DATED: _____                           _____
                                            AHMAD NASSAR, ESQ.
                                            Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. CR 09 00467 RMW |
| Plaintiff, | |
| | ORDER |
| v. | |
| LEE HOWARD SCOTT, | |
| Defendant. | |

For the reasons stated in the parties Stipulation To Entry of Plea Before Judge Ware, and for good cause shown, the Court authorizes the entry of the defendant's guilty plea before Judge Ware on Monday, May 11, 2009 at 1:30 p.m.

The case shall be returned to this Court for all subsequent proceedings including sentencing.

DATED: 5/6/09

_Ronald M. Whyte_
HON. RONALD M. WHYTE
United States District Judge