*E-FILED - 6/23/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEE HOWARD SCOTT,<br><br>Defendant. | NO. CR- 09-00467-01 RMW<br><br>ORDER FOR EARLY TERMINATION OF PROBATION<br><br>[Docket # 24] |

The Court, having considered Defendant Lee Howard Scott's *Ex Parte* Motion for Early Termination of Probation, and the lack of opposition thereto, hereby GRANTS the motion as follows.

IT IS HEREBY ORDERED that:

1. Mr. Scott's term of probation is hereby terminated as of August 17, 2011 provided no violations are charged prior to that time;

2. Assuming no charged violations prior to August 17, 2011, the United States Probation Office may terminate its supervision of Mr. Scott in connection with this case as of August 17, 2011; and

3. Assuming no charged violations prior to August 17, 2011, Mr. Scott is fully released as of

August 17, 2011 from all terms and conditions of probation set by this Court in its Judgment for Mr. Scott dated August 17, 2009.

DATED: 6/23/11

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record on 6/23/11:

Copy of Order Mailed on 6/23/11 to:

Jenna Russo
U.S. Probation Office
1301 Clay Street
Oakland, CA 94612-5217

ORDER FOR EARLY TERMINATION OF PROBATION
NO. CR- 09467-01 RMW

3